# EXHIBIT B






## Customer Reviews

**4.7** ★★★★☆
Total reviews: 3

| | | |
|---|---|---|
| 5 ★ | ▬▬▬▬▬▬▬ | 2 |
| 4 ★ | ▬▬▬▬ | 1 |
| 3 ★ | | 0 |
| 2 ★ | | 0 |
| 1 ★ | | 0 |

All(3)  With Photos(0)                                   Newest ⌄

**Jason** 🇺🇸
★★★★★
Good quality supplement. Gummies taste great!
Dec/24/2024

**Sophia** 🇺🇸
★★★★☆
The came in a sealed container and are easy to eat. Very soft and not bad tasting. Just not sure if I see any difference after taking them or not.
Dec/01/2024

**Ash** 🇺🇸
★★★★★
Really good gummies, they are cute little bear shaped and they taste like a tart candy. I couldn't taste the vinegar in them. They aren't terribly sticky either. Can't say much about feeling any differently taking them yet, but I do think ACV is pretty good. I use it as a hair rinse and lots of other stuff. I do know its much easier to take it in a gummy form than a shot, so I'm pretty grateful to have found these!
Nov/15/2024

[ Write a Review ]

‹ **1** ›

## You may also like


Myo-Inositol & D-Chiro Inositol for Wo...
from **$23.59** ~~$26.59~~


Organic Happy Saffron Supplements - ...
from **$24.79** ~~$28.79~~


25-in-1Sea Moss Black Seed Oil Ashwa...
★★★★★ (53)
from **$23.95** ~~$25.98~~


NAD Supplement for Women Men wit...
★★★★★ (3)
from **$26.99** ~~$29.99~~

**Policy**
Shipping policy
Return policy
Privacy policy
Payment policy
Terms and conditions

**Information**
About us
Contact us
FAQS

**Get in touch**
✉ support@totaria.com
☎ +1 5186066131

**We accept**


Follow us

© 2025 totaria